FILED
2008 Sep-19 PM 12:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| WAYNE BARTHOLOMEW, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  1:06-cv-02051-HGD |
| | ) | |
| WARDEN D. B. DREW, et al., | ) | |
| | ) | |
| Defendants | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 25, 2008, recommending that the plaintiff's claims against defendants H. Lappin, R. Holt, T. Bragg, M. Mitchell, G. Smith, J. Preston, L. Paul, and S. Stokes be dismissed.  He also recommended that the plaintiff's equal protection and conditions of confinement claims against defendant Warden D. B. Drew and defendant C. Thompson be referred to the magistrate judge for further proceedings.  No objections were filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate

judge's recommendation is ACCEPTED.  The court therefore ORDERS that the plaintiff's claims against defendants H. Lappin, R. Holt, T. Bragg, M. Mitchell, G. Smith, J. Preston, L. Paul, and S. Stokes are DISMISSED pursuant to 28 U.S.C. § 1915A(b).  The court further ORDERS  that the plaintiff's equal protection and conditions of confinement claims against defendant Warden D. B. Drew and defendant C. Thompson are REFERRED to the magistrate judge for further proceedings.

  DATED this 19th day of September, 2008.

_____
         KARON OWEN BOWDRE
         UNITED STATES DISTRICT JUDGE